AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
06/04/2020
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: PE:20-M -00894(1) |
| | § |
| (1) Santiago Cordova-Espinoza | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 01, 2020** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title ____8____ United States Code, Section(s) __1326__

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The Defendant, Santiago CORDOVA-Espinoza, was arrested by Alpine Border Patrol Agents, on June 01, 2020, for being an illegal alien present in the United States.

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/s/ PINSON, MYCHAL L
Signature of Complainant
Border Patrol Agent

June 04, 2020                             at   PECOS, Texas
Date                                           City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -00894(1)

WESTERN DISTRICT OF TEXAS

(1) Santiago Cordova-Espinoza

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on April 22, 2020, through LAREDO, TX.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 3 time(s), the last one being to MEXICO on April 22, 2020, through LAREDO, TX

CRIMINAL HISTORY:
09/03/1998, Oklahoma City, Oklahoma, Possession of Cocaine(F), CNV, 120 days in jail.
07/23/2002, Oklahoma City, Oklahoma, RECEIVE, POSSESS OR CONCEAL STOLEN PROPERTY(F), ACC, Unknown.
07/23/2002, Oklahoma City, Oklahoma, DRIVING WITH LICENSE CANCELED, SUSPENDED OR REVOKED-False Personation(F), ACC, Unknown.
12/09/2009, USM Statesboro, GA, 8 USC 1326(F), CNV, 33 Months imprisonment, 3 years supervised release.
12/16/2009, Tattnall County Superior Court, GA, Possession of Cocaine(F), DSM, .
10/11/2018, Oklahoma City, Oklahoma, Distribution of a Controlled Substance(F), CNV, 5 years in jail.
10/11/2018, Oklahoma City, Oklahoma, Unlawful Use of a Police Radio(F), CNV, 5 years in jail.