UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | PE:20-CR-00330(1)-DC |
| | § | |
| (1) SANTIAGO CORDOVA-ESPINOZA | § | |

## DEFENDANT EXHIBITS

| Exhibit | Description | Date Admitted |
| --- | --- | --- |
| Deft #1 | Photo | 8/17/20 |
| Deft #2 | Photo | 8/17/20 |
| Deft #3 | Affidavit | 8/17/20 |